920

liam *H. Foulk* and *Manley P. Caldwell* for appellants. *D. H. Redfearn, C. Robert Burns, R. H. Ferrell, Sol A. Rosenblatt* and *Charles Roden* for appellees.

No. 977. LEWIS ET AL. *v.* HANSON, EXECUTRIX AND TRUSTEE, ET AL. Supreme Court of Delaware. Certiorari granted. *Arthur G. Logan* for petitioners.

No. 1032. ABRAMOWITZ *v.* BRUCKER. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner. *Solicitor General Rankin* for respondent.

No. 862. HOOVER MOTOR EXPRESS CO., INC., *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted. *Judson Harwood* for petitioner. *Solicitor General Rankin* for the United States.

No. 932. TANK TRUCK RENTALS, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari granted. *Paul A. Wolkin* for petitioner. *Solicitor General Rankin* for respondent.

No. 983. COMMISSIONER OF INTERNAL REVENUE *v.* SULLIVAN ET AL. C. A. 7th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for petitioner. *E. J. Blair* and *Eugene Bernstein* for Sullivan et al., respondents.